# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA CHEMICAL
ASSOCIATION

NO. 2021 CW 0841

VERSUS

LOUISIANA PILOTAGE FEE
COMMISSION

OCTOBER 18, 2021

---

In Re:   Louisiana Pilotage Fee Commission, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 702569.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                         **WIL**
                         **EW**
                         **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.